DOP 866  Attachment 2
Page 1 of 2

## REGULAR GRIEVANCE FORM

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 4 2004

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| LAST NAME | FIRST | NUMBER | BUILDING | CELL # |
|---|---|---|---|---|
| Boyd | James | 226456 | | 109 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: who did you see, when did you see them, what was done?)

James Boyd on a Law suit to adam horowitz to 1 be injury will Pay 150,00 in cash and he hat a weapon is addored there and to Premony that 1 heed to be in Court and by he may do it is danger and the Defendant and the and Plaintiff heed to be in Court my name is James Boyd and he name is adam horowitz the Court hotty has that he heed to go to gattal and in Red Onion State Prison and he is white and not clear my statement to Facts to Facts and

**What action do you want taken?** will Pay 150,000 in cash and 1 heed a attorney and to send you that letter to the Court Room

Grievant's Signature _James Boyd_    Date Submitted _5/3/004_

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

Warden/Superintendent's Office
Date Received

MAY 07 2004

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

REGULAR GRIEVANCE FORM

DOP 866  Attachment 2
Page 1 of 2

Log # _____

| Boyd | James | 226451 | B1 | 109 |
|---|---|---|---|---|
| LAST NAME | FIRST | NUMBER | BUILDING | CELL # |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: who did you see, when did you see them, what was done?)

to 15,000 in Cohen to Send me Paper mail to Violated or mow attony Because and administ at the time uspent may did mill is it to Failure there is mill which malicious to state to my constitutional as you to do all actiny and im not granted all that time to that Law Suit I heew to be in that Court was that mill and Regin tiny on tty dedany it mill Pay to that inpuie mehal whe Tillany mill send to in that City ak Bellony sly manner

What action do you want taken? is my letter and that mill it an ellony and yonenllyst that you mill send that letter

Grievant's Signature  James Boyd   Date Submitted  5,3,004

Warden/Superintendent's Office

Date Received

## REGULAR GRIEVANCE FORM

DOP 866  Attachment 2
Page 1 of 2

Log # _____

| Boyd | James | 226451 | B1 | 109 |
|---|---|---|---|---|
| LAST NAME | FIRST | NUMBER | BUILDING | CELL # |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: who did you see, when did you see them, what was done?)

to be understood to me and he all tonlyson Kenneth many nontantonysonBoys gone theil to my complaint all to me to united States District Court and I send to the Office Office of the Clerk PO BOX 1234 Roanok Virginia Virginia 24006,

and will Pay $150.00 in cash

**What action do you want taken?**

Grievant's Signature  James Boyd   Date Submitted  5/3/004

Warden/Superintendent's Office
Date Received

DOP 866  Attachment 2
Page 1 of 2

## REGULAR GRIEVANCE FORM

Log # _____

| Boyd | James | 226451 | B1 | 109 |
|---|---|---|---|---|
| LAST NAME | FIRST | NUMBER | BUILDING | CELL # |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: who did you see. when did you see them. what was done?)

to be a Law Suit all that time he need to be in Jail in Calles to that Court he that he untary and to do that letter and to that according and my Statement to be in Court that decling and to lullonty all that maynty to that Court and and he is danger and I will be Pay in cash to the Court and to Fack File a Law Suit all that time to that according and is not clear that these Forms to you as to under to that Color is my Rights by that Person to

**What action do you want taken?** James Boyd and to admon, adam horouuitz and that Complaint to James Boyd Fonlly in Court and to me and you

Grievant's Signature  James Boyd      Date Submitted  5/3/004

Warden/Superintendent's Office

Date Received

James Boyd #326451  
Red Onion State Prison  
PO Box 1900  
Pound Va 24279

United States District Court  
Office of the Clerk  
PO Box 1234  
Roanoke Va 24006

Legal Mail